UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHARLIE TAYLOR, JR.,

    Plaintiff,

vs.                                                  CASE NO. 6:05-CV-ORL-19

WILLIAM McLEOD, et al.,

    Defendants.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 5, filed October 21, 2005). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 5) is **ADOPTED and AFFIRMED.** Plaintiff Charlie Taylor's Complaint (Doc. No. 1, filed October 12, 2005) is **DISMISSED**, **without prejudice.** Further, Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 2, filed October 12, 2005) is **DENIED AS MOOT**. Plaintiff Taylor may file an amended complaint, as set forth in the Magistrate's Report and Recommendation (Doc. No. 5), along with a renewed motion for leave to proceed *In Forma Pauperis* **within eleven (11) days** from the date of this Order.

**DONE AND ORDERED** at Orlando, Florida, this   31st   day of October, 2005.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record